MYER EINSTEIN, Appellant, *v.* JOSEPH A. MILLER et al., Respondents.

*Einstein* v. *Miller*, 142 App. Div. 928, affirmed.
(Argued October 10, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged abuse of legal proceedings.

*George W. Knox* for appellant.

*Aaron Fybush* for respondents.

Judgment affirmed, with costs, on authority of *Ferguson* v. *Arnow* (142 N. Y. 580).

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.

---

KATHERINE C. DEALY, Respondent, *v.* SOLOMON HOLZHEIMER et al., Copartners under the Firm Name of HOLZHEIMER & SHAUL, Appellants.

*Dealy* v. *Holzheimer*, 142 App. Div. 919, affirmed.
(Submitted October 11, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to enjoin defendants from using a certain right of way.

*Henry V. Borst* for appellants.

*J. H. Dealy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.